IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                               No. CR S-04-327 FCD GGH P

    vs.

STEVEN MICHAEL KELLY,

    Movant.                                   <u>ORDER</u>

_____/

        On September 12, 2008, the court granted respondent's request for extension of time to October 3, 2008, to file a response to movant's motion. Respondent has not filed a response.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, respondent shall show cause for his failure to file a response to movant's motion.

DATED: November 4, 2008

                                                   /s/ Gregory G. Hollows
                                                 UNITED STATES MAGISTRATE JUDGE

kelly.osc