IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. CR S-04-327 FCD GGH P

    vs.

STEVEN MICHAEL KELLY,

    Movant.                      <u>ORDER</u>

_____/

        On November 5, 2008, the court ordered respondent to show cause for his failure to file a timely response to the motion. On November 12, 2008, respondent filed a response to the show cause order and a request for extension of time until December 4, 2008, to file the response.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The November 5, 2008, order to show cause is withdrawn;

        2. Respondent's response to the motion is due on or before December 4, 2008.

DATED: November 19, 2008

                                          /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE

kell327.eot