IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                      No. CR S-04-0327 FCD GGH P

    vs.

STEVEN MICHAEL KELLY,

        Movant.                      <u>ORDER</u>

_____/

        Movant has requested a ninety day extension of time to file a response to the respondent's December 4, 2008 motion to dismiss.  Movant is granted a thirty day extension.  Any additional requests for extension of time must be supported by substantial cause.

        On December 29, 2008, movant filed a motion to deny respondent's second request for extension of time to file a response to the motion.  After reviewing ths pleading, the court finds that it is without merit.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Movant's December 29, 2008 request for an extension of time (Docket No. 47) is granted;

        2. Movant is granted thirty days from the date of this order in which to file a response to the respondent's December 4, 2008 motion to dismiss;

1          3.  Movant's December 29, 2008, motion to deny respondent's request for
2  extension of time (Docket No. 48) is denied.
3  DATED: January 7, 2009

                                                          /s/ Gregory G. Hollows
                                                          _____
                                                          GREGORY G. HOLLOWS
                                                          UNITED STATES MAGISTRATE JUDGE

GGH:mp
kell0327.236