IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. CR S-04-0327 FCD GGH P

    vs.

STEVEN MICHAEL KELLY,

    Movant.                      <u>ORDER TO SHOW CAUSE</u>

_____/

        On December 4, 2008, respondent filed a motion to dismiss. On January 8, 2009, the court granted movant a thirty day extension of time to file an opposition. Movant has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that movant show cause, within twenty days, why respondent's December 4, 2008, motion to dismiss should not be granted.

DATED: March 30, 2009                    /s/ Gregory G. Hollows

                                              UNITED STATES MAGISTRATE JUDGE

GGH:035
kell0327.46